UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIAZ MALDANADO,<br><br>             Plaintiff,<br><br>     v.<br><br>L. MERRITT, et al.,<br><br>            Defendants. | Case No.: 1:23-cv-00482 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 16) |

      Marciaz Maldanado seeks to hold defendants liable for violations of his civil rights while housed at the California Substance Abuse Treatment Facility. The assigned magistrate judge screened the allegations pursuant to 42 U.S.C. 1915A(a) and found Plaintiff failed to state a cognizable claim. (Doc. 15.) The Court provided the relevant legal standards and granted Plaintiff the opportunity to file a third amended complaint or file a notice of voluntarily dismissal. (*See id.* at 5-8.) The Court also informed Plaintiff the failure to act would result in a recommendation that the action be dismissed without prejudice. (*Id*. at 9.)

      After Plaintiff failed to respond in any manner, the magistrate judge found Plaintiff failed to obey the Court's order and failed to prosecute the action. (Doc. 16 at 1-2.) The magistrate judge found dismissal of the action without prejudice was appropriate, after considering the factors identified by the Ninth Circuit. (*Id.* at 2-3.) The Court served these Findings and Recommendations on Plaintiff and notified him at that any objections were due within 14 days.

(*Id*. at 4.)  The Court advised him that the "[f]ailure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 18, 2024 (Doc. 16) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey the Court's order and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 11, 2024**

UNITED STATES DISTRICT JUDGE

2